## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFERSON MORLEY, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY, )<br><br>Defendant. ) | Civil Case No. 03-2545 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 14th day of December, 2011, it is hereby

**ORDERED** that plaintiff's Motion for an Award of Attorney's Fees and Costs [Dkt. # 107] is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge